UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REMINGTON LEBOE, | ) | CASE NO. C09-1108-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| KING COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Remington LeBoe proceeds with this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. On October 19, 2009, mail directed to Mr. LeBoe by the Clerk was returned as undeliverable.[1] (Dkt. 11.) Local Rule CR 41(b)(2) provides as follows:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Thus, Mr. LeBoe should have notified the Court of his current address at latest by December 18, 2009. *See also* Local Rule W.D. Wash. CR 10(f) (requiring parties to notify the Court within

---

[1] On December 1, 2009, additional mail directed to Mr. LeBoe by the Clerk was returned as undeliverable.

REPORT AND RECOMMENDATION
PAGE -1

01 ten days of a change of address).   The Court is unaware of any other place of residence or

02 confinement for Mr. LeBoe.   Because Mr. LeBoe has failed to notify the Court of his current

03 address by the sixty-day deadline to do so, this action should be dismissed without prejudice for

04 failure to prosecute.

05       The Court recommends that this action be DISMISSED without prejudice for failure to

06 prosecute pursuant to Local Rule CR 41(b)(2).   A proposed order accompanies this Report and

07 Recommendation.

08       DATED this 5th day of January, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge