UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REMINGTON LEBOE,

        Plaintiff,

v.

KING COUNTY JAIL, *et al.*,

        Defendants.

Case No. C09-1108-MJP-MAT

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This 42 U.S.C. § 1983 action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2);

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Mary Alice Theiler.

DATED this _1st_ day of __February____, 2010.

                                              Marsha J. Pechman
                                              United States District Judge

ORDER OF DISMISSAL -1