# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REMINGTON LEBOE,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

Case No.   C09-1108-MJP-MAT

   v.

KING COUNTY JAIL, et al.

        Defendants.

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved.  Plaintiff's 42 U.S.C. § 1983 action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2).

      Dated this __1st_____ day of ___February___, 2010.

                                          BRUCE RIFKIN
                                                 Clerk

                                    ___/s/  Mary Duett_____
                                    Deputy Clerk